**E-filed 9/11/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALLY WETTER, | NO. C 07-04583 RS |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| CITY OF NAPA, et al., | |
| Defendants. / | |

This action was assigned to a judge in this division based on the civil cover sheet filled out by plaintiff. The face of the complaint, however, plainly reflects that intradistrict venue is proper only in the San Francisco Division or the Oakland Division. See Complaint ¶ 3, Civil Local Rule 3-2 (d). Accordingly, this action shall be reassigned to a judge in one of those divisions, pursuant to the Court's Assignment Plan. Counsel is directed to exercise greater care in completing civil cover sheets in the future.

IT IS SO ORDERED.

Dated: 9/11/07

JEREMY FOGEL
United States District Judge

ORDER TRANSFERRING CASE
C 07-04583 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated:**                                            **Richard W. Wieking, Clerk**

                                                    **By:**_____
                                                            **Chambers**

United States District Court
For the Northern District of California

ORDER TRANSFERRING CASE
C 07-04583 RS

2